IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-MJ-139-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| IN THE MATTER OF THE SEARCH OF THE RESIDENCE LOCATED AT 9640 WINDY GAP ROAD, CHARLOTTE, NORTH CAROLINA 28278 | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Motion To Unseal The Search Warrant, Affidavit And Application" (Document No. 2).

It appearing to the Court that there no longer exists any danger to the attendant investigation in this case; the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Unseal The Search Warrant, Affidavit And Application" (Document No. 2) is **GRANTED**. The Search Warrant, Affidavit And Application in the above-captioned case shall be unsealed.

**SO ORDERED**.

Signed: March 26, 2019

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.